IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMBER WHITLOCK                                                                              PLAINTIFF

Vs.                              CASE NO.  4:08cv00243  JMM

ARKANSAS BLUE CROSS and BLUE SHIELD, et al                          DEFENDANTS

## ORDER

The above case was filed on March 26, 2008.  The Court has been notified that the check submitted to pay the $350.00 filing fee has been returned for insufficient funds.  A certified letter mailed by the Finance Administrator on April 21, 2008, has not been responded to.

Plaintiff's counsel is hereby given eleven (11) days from the date of this Order to submit a $395.00 money order or cashiers check ($350.00 filing fee and $45.00 return check fee) to the Clerk of Court, 600 West Capitol, A-149, Little Rock, AR 72201.  The payment should include the above case number.  Failure to submit payment may result in the case being dismissed.

IT IS SO ORDERED this 5th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE