IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AMBER WHITLOCK**                                                                                          **PLAINTIFF**

**VS.**                              **CASE NO. 4:08CV00243 JMM**

**ARKANSAS BLUE CROSS AND BLUE SHIELD, ET AL.**                        **DEFENDANTS**

**ORDER**

For good cause shown, defendants' Motion to Compel plaintiff's Initial Disclosures is granted (#21).

Plaintiff shall have up to, and including, June 22, 2009, to serve Rule 26(a)(1) Initial Disclosures. Failure to serve these Initial Disclosures by June 22, 2009, will result in sanctions.

IT IS SO ORDERED THIS  16  day of  June , 2009.

James M. Moody
United States District Judge