# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**AMBER WHITLOCK**                                                                                    **PLAINTIFF**

**VS.**                        **CASE NO. 4:08CV00243 JMM**

**ARKANSAS BLUE CROSS AND BLUE SHIELD, ET AL.**           **DEFENDANTS**

## ORDER

For good cause shown, defendants' Motion to Compel is granted in part and denied in part (#24). The motion is granted to the extent that plaintiff is directed to provide signed *and* verified answers to defendants' First Set of Interrogatories. The motion is denied as moot as to all other aspects.

IT IS SO ORDERED THIS  17  day of  July , 2009.


_____
James M. Moody
United States District Judge