IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AMBER WHITLOCK**                                                                             **PLAINTIFF**

**VS.**                      **CASE NO. 4:08CV00243 JMM**

**ARKANSAS BLUE CROSS AND
BLUE SHIELD, ET AL.**                                                    **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED this   9   day of October, 2009.

_____
James M. Moody
United States District Judge